UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT D. PITTMAN | CIVIL ACTION |
| VERSUS | NO. 12-2590 |
| BO-MAC CONTRACTORS, LTD. | SECTION "H" (2) |

### ORDER

The court has been advised by Terrence Lestelle, counsel for plaintiff (by letter filed separately in the record), that the captioned case has settled. Accordingly, **IT IS ORDERED** that the telephone conference previously set in this matter before me on October 16, 2013 to discuss the outcome of the parties' private mediation is hereby cancelled.

New Orleans, Louisiana, this ___16th___ day of October, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**