IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT D. PITTMAN,** § | Cause No. 2:12-cv-02590 |
| Plaintiff, § | |
| vs. § | Judge Jane Triche Milazzo |
| § | |
| **BO-MAC CONTRACTORS, LTD.,** § | Mag. Judge Joseph C. Wilkinson |
| Defendant. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

The undersigned parties reached a settlement in the captioned case that has now been finalized. Consequently, the parties respectfully request that the Court dismiss the captioned case with prejudice to re-filing all or a part of same, with costs to be paid by the incurring party.

WHEREFORE, the parties pray that the Court grant this motion, dismiss the captioned case with prejudice, and order that costs of Court be paid by the party incurring same.

Respectfully submitted

/s/ *Matthew H. Ammerman*
MATTHEW H. AMMERMAN
Attorney in Charge
Texas Bar No. 24001649
S.D. Tex. No. 22279
2040 North Loop West
Suite 390
Houston, Texas 77018-8114
Telephone: (713) 227-1404
Facsimile: (713) 456-2634
Email: mha@MaritimeDefense.net

OF COUNSEL:

LAW OFFICE OF MATTHEW H. AMMERMAN, P.C.

By:  /s/  Pamela J. Lormand *
Pamela J. Lormand
La. Bar No. 26390
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 585-7341
Fax:     (504) 910-9933

plormand@brewerlormand.com

***Signed by permission***

OF COUNSEL:

BREWER & LORMAND, PLLC

*Attorneys for Defendant Bo-Mac Contractors, Ltd.*

          ___/s/Terrence J. Lestelle*_____
          TERRENCE J. LESTELLE – 8540
          ANDREA S. LESTELLE – 8539
          RICHARD M. MORGAIN - 32603
          LESTELLE & LESTELLE, APLC
          3421 N. Causeway Blvd, Suite 602
          Metairie, Louisiana 70002
          Telephone: (504) 828-1224
          Facsimile: (504) 828-1229
          lestelle@lestellelaw.com

          ***Signed by permission*

          *Attorneys for Plaintiff Robert D. Pittman*

## **CERTIFICATE OF SERVICE**

  I certify that a copy of this filing was served on the following via CM/ECF, email, fax, and/or first class U.S. mail, on November 23, 2013:

Terrence J. Lestelle, Esq.
Andrea S. Lestelle, Esq.
Richard M. Morgain, Esq.
Lestelle & Lestelle, APLC
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002

Pamela J. Lormand, Esq.
Brewer Lormand
1100 Poydras Street
Suite 2900
New Orleans, LA 70163

          /s/ *Matthew H. Ammerman*
          Matthew H. Ammerman